UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>CHARLES HEAD, et. al.,<br><br>       Defendants.<br>_____/ | No. CR. S-08-0093 FCD<br><br><br><br>**RELATED CASE ORDER** |
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>CHARLES HEAD, et. al.,<br><br>       Defendants.<br>_____/ | No. CR. S-08-0116 FCD |
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>DWAIN McGEE,<br><br>       Defendant.<br>_____/ | No. CR. S-09-0184 MCE |

///

1    Examination of the above-entitled actions reveals that they are related within the meaning
2 of Local Rule 83-123(a) (E.D. Cal. 1997).  The actions involve similar questions of fact and the
3 same question of law, and would therefore entail a substantial duplication of labor if heard by
4 different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect
5 a substantial savings of judicial effort and is also likely to be convenient for the parties.

6    The parties should be aware that relating the cases under Local Rule 83-123 merely has
7 the result that these actions are assigned to the same judge; no consolidation of the actions is
8 effected.  Under the regular practice of this court, related cases are generally assigned to the
9 judge and magistrate judge to whom the first filed action was assigned.

10   IT IS THEREFORE ORDERED that the action denominated, CR.S-09-0184 MCE is
11 reassigned to Judge Frank C. Damrell, Jr. for all further proceedings, and any dates currently set
12 in the reassigned case <u>only</u> are hereby VACATED.  Henceforth, the caption on documents filed
13 in the reassigned cases shall be shown as **CR. S-09-0184 FCD**.

14   IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the
15 assignment of criminal cases to compensate for this reassignment.

16   IT IS SO ORDERED.

17 DATED:  June 23, 2009

                                    _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE