**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**655 University Avenue, Suite 215**
**Sacramento, CA  95825**
**Tel:  (916) 974-3500**
**Fax: (916) 927-2009**
**E-mail: dheller@donaldhellerlaw.com**

**ATTORNEYS FOR DEFENDANT**
**DWAIN MCGEE**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISCTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  CR. S-09-184-FCD** |
| **Plaintiff,** | |
| vs. | **ORDER** |
| **DWAIN MCGEE,** | |
| **Defendant.** | |

Based on the Stipulation to Continue the Status Conference in this matter entered into between the United States and the Defendant through counsel, Good Cause Appearing,

It is hereby ordered that the Status Conference scheduled in this matter presently scheduled for July 27, 2009 at 10:00 AM is continued to August 24, 2009, at 10:00 AM.  It is further Ordered based on the good cause presented in said Stipulation that the time between July 27, 2009, and August 24, 2009, is excluded from the Speedy Trial Act pursuant to 18 USC § 3161(h)(8)(B)(ii)(Local Code T-2) and 18

1
**ORDER TO CONTINUE AND EXCLUDE TIME**
**2:09-cr-184 FCD**

USC § 3161(h)(8)(B)(iv)(Local T-4), based on the complexity of the case, case preparation and ongoing plea discussions.

Dated: July 17, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE