**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**655 University Avenue, Suite 215**
**Sacramento, CA  95825**
**Tel:  (916) 974-3500**
**Fax: (916) 927-2009**
**E-mail: dheller@donaldhellerlaw.com**

**ATTORNEYS FOR DEFENDANT**
**DWAIN MCGEE**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISCTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NO.  2:09-CR-184 FCD |
|---|---|
| Plaintiff, | |
| vs. | |
| DWAIN McGEE, | **APPLICATION FOR TRANSPORTATION ORDER; PROPOSED ORDER FOR TRANSPORTATION** |
| Defendant. | **18 U.S.C. § 4285** |

**Procedural History**

Defendant, Dwain McGee, was indicted on April 16, 2009 for violations of 18 U.S.C. § 1341.  Pursuant to Rule 10(c) of the Federal Rules of Criminal Procedure, on June 16, 2009, Defendant Dwain McGee waived his physical appearance for his arraignment and was subsequently arraigned on June 18, 2009.  Defendant Dwain

1

McGee entered a not guilty plea and is not in custody. His current residence is 1019 Manor Road, New Kensington, Pennsylvania 15068, which is a suburb of Pittsburgh, Pennsylvania.

A Status Conference is set for August 24, 2009 at 10:00 AM in Courtroom 2, before the Honorable Frank C. Damrell, Jr., United States District Judge.

**Application**

The undersigned counsel was appointed under the Criminal Justice Act to represent Mr. McGee in this matter.  A copy of Mr. McGee's financial affidavit has been filed with the court and which reflects Mr. McGee's lack of financial resources.

Application is hereby made for an Order for Transportation and subsistence allowance for Defendant Dwain McGee to travel to Sacramento, California for the August 24, 2009 Status Conference in the above referenced matter, and back to New Kensington, Pennsylvania, because of Mr. McGee's indigence.

Defendant Dwain McGee has advised counsel that he is without funds to travel to Sacramento, California and back to New Kensington, Pennsylvania.  Counsel is requesting that Defendant Dwain McGee be allowed to fly into Sacramento, California on August 21, 2009, to meet with counsel to prepare for and discuss his case and the Status Conference prior to his August 24, 2009 appearance.

Dated: July 31, 2009                         Respectfully submitted,

                                             DONALD H. HELLER,
                                             A Law Corporation

                                              /s/ *Donald H. Heller*

                                             DONALD H. HELLER
                                             Attorney for Dwain McGee

2

APPLICATION AND ORDER
FOR TRANSPORTATION                                                  CASE NO. 2:09-184-FCD

1  **DONALD H. HELLER, SBN 55717**
2  **DONALD H. HELLER,**
   **A Law Corporation**
3  **655 University Avenue, Suite 215**
   **Sacramento, CA  95825**
4  **Tel:  (916) 974-3500**
5  **Fax: (916) 927-2009**
   **E-mail: dheller@donaldhellerlaw.com**
6

7  **ATTORNEYS FOR DEFENDANT**
   **DWAIN MCGEE**
8

9
                **IN THE UNITED STATES DISTRICT COURT**
10              **FOR THE EASTERN DISCTRICT OF CALIFORNIA**

11
   | **UNITED STATES OF AMERICA** | **CASE NO.  CR. S-09-184-FCD** |
12 |                              |                                |
   |             **Plaintiff,**   | **ORDER FOR TRANSPORTATION**   |
13 |                              | **APPLICATION FOR**            |
14 |  **vs.**                     | **TRANSPORTATION ORDER;**      |
   |                              | **18 U.S.C. § 4285**           |
15
16
17 | **DWAIN McGEE,**             |                                |
   |            **Defendant.**    |                                |
18

19

20      This is to authorize and direct you to furnish the above named defendant,
21
   Dwain McGee, with transportation and authorized subsistence from New Kensington
22
   (Pittsburgh), Pennsylvania, to Sacramento, California on August 21, 2009 for his
23
   Status Conference set for August 24, 2009 at 10:00 AM in Courtroom 2.
24

25

26

27

28
                                           3
   **APPLICATION AND ORDER**
   **FOR TRANSPORTATION**                                    **CASE NO.  2:09-184-FCD**

Defendant Dwain McGee is indigent and financially unable to travel to Sacramento, California and return to New Kensington (Pittsburgh), Pennsylvania with transportation expenses. This request is authorized pursuant to 18 U.S.C. § 4285.

IT IS SO ORDERED

DATED: August 3, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE