**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**655 University Avenue, Suite 215**
**Sacramento, CA  95825**
**Tel:  (916) 974-3500**
**Fax: (916) 927-2009**
**E-mail: dheller@donaldhellerlaw.com**

**ATTORNEYS FOR DEFENDANT**
**DWAIN MCGEE**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISCTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  CR. S-09-184-FCD** |
| Plaintiff, | |
| vs. | **ORDER TEMPORARILY MODIFYING TRAVEL RESTRICTIONS** |
| Dwain McGee, a/k/a Jeff McGee | |
| Defendant. | |

Based on the Stipulation between Ellen V. Endrizzi, Esq., Assistant United States Attorney, and counsel for defendant Dwain McGee, Donald H. Heller, Esq. that the restrictions on travel previously imposed are hereby modified for the period of August 24, 2009 to August 27, 2009, to permit Mr. McGee to travel between the Eastern District of California and the Central District of California so as to permit Mr. McGee to see his son Devon McGee, age 8, in Anaheim, California and then to return with Devon McGee to Sacramento, California and thereafter travel by air to Pittsburgh, Pennsylvania in the Western District of Pennsylvania where Mr. McGee resides.  The original travel restrictions which restrict Mr. McKee's travel to the

1

Western District of Pennsylvania and the Eastern District of California will on August 28, 2009 be fully restored.

Dated: August 24, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE