**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**655 University Avenue, Suite 215**
**Sacramento, CA  95825**
**Tel:  (916) 974-3500**
**Fax: (916) 927-2009**
**E-mail: dheller@donaldhellerlaw.com**

**ATTORNEYS FOR DEFENDANT**
**DWAIN MCGEE**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISCTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  CR. S-09-184-FCD** |
| **Plaintiff,** | |
| **vs.** | **STIPULATION MODIFYING TRAVEL RESTRICTIONS AND** ~~**PROPOSED**~~ **ORDER** |
| **Dwain McGee, a/k/a Jeff McGee** | |
| **Defendant.** | |

IT IS HEREBY stipulated by and between the United States of America through its undersigned counsel, Ellen V. Endrizzi, Esq., Assistant United States Attorney, and counsel for defendant Dwain McGee, Donald H. Heller, Esq. that the restrictions on travel previously imposed upon the defendant are hereby modified to permit the defendant to travel to and from and within the Western District of Pennsylvania, the Northern District of Ohio and the Central District of California, subject to advising U.S. Pretrial Services Officer Rebecca Guenther U.S. Probation-Pretrial Services, 700 Grant St. Suite 2120, Pittsburgh, PA 15219 or any other Pretrial

Services Officer assigned the defendant's supervision of any such travel plans and obtaining Ms. Guenther's permission or the permission of any other Pretrial Services Officer assigned the defendant's supervision prior to the defendant undertaking any such travel away from his primary residence. The basis for the stipulation is that the defendant has family within all three districts and is presently under the supervision of the Pretrial Services office in Pittsburgh, PA and has been fully compliant with his conditions of release.

IT IS SO STIPULATED.

Dated:   June 15, 2010                    DONALD H. HELLER,
                                          A Law Corporation

                                           /s/ *Donald H. Heller*

                                          DONALD H. HELLER
                                          Attorney for Defendant
                                          Dwain McGee

Dated:   June 15, 2010                     /s/ *Ellen V. Endrizzi*
                                          _____
                                          ELLEN V. ENDRIZZI, ESQ.
                                          Assistant U.S. Attorney
                                          Attorney for the United States

**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**655 University Avenue, Suite 215**
**Sacramento, CA  95825**
**Tel:  (916) 974-3500**
**Fax: (916) 927-2009**
**E-mail: dheller@donaldhellerlaw.com**

**ATTORNEYS FOR DEFENDANT**
**DWAIN MCGEE**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISCTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff,<br><br>vs.<br><br>Dwain McGee, a/k/a Jeff McGee<br><br>Defendant. | **CASE NO.  CR. S-09-184-FCD**<br><br>**ORDER MODIFYING**<br>**TRAVEL RESTRICTIONS** |

Based on the Stipulation between Ellen V. Endrizzi, Esq., Assistant United States Attorney, and counsel for defendant Dwain McGee, Donald H. Heller, Esq. the restrictions on travel previously imposed upon the defendant are hereby modified to permit the defendant to travel to and from and within the Eastern District of California, theWestern District of Pennsylvania, the Northern District of Ohio and the Central District of California, subject to advising U.S. Pretrial Services Officer Rebecca Guenther U.S. Probation-Pretrial Services, 700 Grant St. Suite 2120, Pittsburgh, PA 15219 or any other Pretrial Services Officer assigned the defendant's

3
**STIPULATION AND PROPOSED ORDER MODIFYING TRAVEL RESTRICTIONS**
**2:09-cr-184 FCD**

supervision of any such travel plans and obtaining Ms. Guenther's permission or the permission of any other Pretrial Services Officer assigned the defendant's supervision prior to the defendant undertaking any such travel away from his primary residence.

Dated: June 15, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE