```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW STEGMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-cr-184 KJM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING AND RESETTING PRE-SENTENCE REPORT DATES |
| v. | |
| DWAIN MCGEE, | |
| Defendant. | |

Plaintiff, United States of America, by its undersigned counsel, and defendant Dwain McGee, by his counsel Donald Heller, respectively, hereby stipulate and agree that the judgement and sentencing date be continued to December 1, 2011, at 10:00 a.m.  The lengthy extension is warranted because of the need for judgment and sentencing to occur following the trial of the remaining defendants in <u>United States v. Head, et al.,</u> nos. 2:08-cr-93 KJM, 2:08-cr-116 KJM. With the approval of the Probation Officer, the parties further agree that the following dates shall be set for the Presentence Report:

Judgment and Sentencing Date:          December 1, 2011
Reply, or Statement of Non-Opposition:  November 23, 11
///

1

```
Motion for Correction of the Presentence
Report shall be filed with the Court and
served on the Probation Officer and
opposing counsel no later than:              November 17, 2011


The Presentence Report shall be filed
with the Court and disclosed to counsel
no later than:                               November 10, 2011

Counsel's written objections to the
Presentence Report shall be delivered to
the Probation Officer and opposing
counsel no later than:                       November 3, 2011


The proposed Presentence Report shall be
disclosed to counsel no later than:          October 20, 2011
```

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: May 3, 2011                      /s/ Matthew Stegman
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney


Dated: May 3, 2011                      /s/ Donald H. Heller
                                        DONALD H. HELLER, Esq.
                                        Counsel for Dwain McGee


## O R D E R

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that the judgment and sentencing date of May 16, 2011, at 10:00 a.m. is vacated and reset for December 1, 2011 at 10:00 a.m. and the proposed dates for the Presentence Report are hereby ADOPTED as set forth in the stipulation of the parties.

IT IS SO ORDERED.

Dated: May 6, 2011.

_____
UNITED STATES DISTRICT JUDGE

2