IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISCTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NO. 2:09-cr-00184-KJM |
|---|---|
| Plaintiff, | |
| vs. | ORDER MODIFYING TRAVEL RESTRICTIONS |
| Dwain McGee, a/k/a Jeff McGee | |
| Defendant. | |

Based on the Stipulation between Matthew Stegman, Esq., Assistant United States Attorney, and counsel for defendant Dwain McGee, Donald H. Heller, Esq., the restrictions on travel previously imposed upon the defendant are hereby modified to permit the defendant to travel to and from the Western District of Pennsylvania and the District of Minnesota from August 2, 1011 through August 8, 2011. U.S. Pretrial Services Officer Rebecca Guenther, U.S. Probation-Pretrial Services, 700 Grant St. Suite 2120, Pittsburgh, PA 15219 has consented to said modification through Pretrial Services Officer Kimberly Williams.

Dated:  July 15, 2011.

_____
UNITED STATES DISTRICT JUDGE

1