**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**701 University Avenue, Suite 100**
**Sacramento, CA  95825**
**Tel:  (916) 974-3500**
**Fax: (916)  520-3497**
**E-mail: dheller@donaldhellerlaw.com**

**ATTORNEYS FOR DEFENDANT**
**DWAIN MCGEE**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISCTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  CR. S-09-184-KJM** |
| **Plaintiff,** | |
| **vs.** | **STIPULATION AND ORDER  MODIFYING TRAVEL RESTRICTIONS** |
| **Dwain McGee, a/k/a Jeff McGee** | |
| **Defendant.** | |

IT IS HEREBY stipulated by and between the United States of America through its undersigned counsel, Michael Anderson, Esq., Assistant United States Attorney, and counsel for defendant Dwain McGee, Donald H. Heller, Esq. that the restrictions on travel previously imposed upon the defendant be modified to permit the defendant to travel to and from and the Western District of Pennsylvania and the District of Minnesota from May 24, 2012 through November 24, 2012, U.S. Pretrial Services Officer Rebecca Guenther U.S. Probation-Pretrial Services, 700 Grant St. Suite 3330, Pittsburgh, PA 15219, has consented to said modification so long as the

1

defendant notifies U.S. Pretrial Services Officer Rebecca Guenther U.S. Probation-Pretrial Services of each trip and obtains Ms. Guenther assent.  The basis for the stipulation is that the defendant's father-in-law is in poor health and is presently under the supervision of the Pretrial Services office in Pittsburgh, PA and defendant has been fully compliant with his conditions of release.

IT IS SO STIPULATED.

Dated:   May 21, 2012					DONALD H. HELLER,
								A Law Corporation

							 /s/ *Donald H. Heller*

								DONALD H. HELLER
								Attorney for Defendant
								Dwain McGee

Dated:   May 21, 2012					*/s/ Michael D. Anderson*

								MICHAEL D. ANDERSON, ESQ.
								Assistant U.S. Attorney
								Attorney for the United States

**ORDER**

**GOOD CAUSE APPEARING,**

Based on the Stipulation between Michael Anderson, Assistant United States Attorney, and counsel for defendant Dwain McGee, Donald H. Heller, Esq. the restrictions on travel previously imposed upon the defendant are hereby modified to permit the defendant to travel to and from and the Western District of Pennsylvania and the District of Minnesota from May 24, 2012 through November 24, 2012, so long as the defendant notifies U.S. Pretrial Services Officer Rebecca Guenther U.S. Probation-Pretrial Services, U.S. Probation-Pretrial Services, 700 Grant St. Suite 3330, Pittsburgh, PA 15219 of each trip and obtains Ms. Guenther assent.

DATED: May 21, 2012.

_____
UNITED STATES DISTRICT JUDGE