```
1  DONALD H. HELLER, SBN 55717
   DONALD H. HELLER,
2  A Law Corporation
3  3638 American River Drive
   Sacramento, CA  95825
4  Telephone: (916) 974-3500
   Facsimile: (916) 520-3497
5
6  Attorneys for Defendant
   DWAIN MCGEE
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. S-09-184-KJM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO TERMINATE |
| vs. | ) | PRETRIAL SERVICES SUPERVISION AND LIMIT TRAVEL TO THE CONTIGUOUS UNITED STATES AND PROPOSED ORDER |
| DWAIN MCGEE, | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael D, Anderson, Esq., Assistant United States Attorney, and counsel for defendant Dwain McGee, Donald H. Heller, Esq. that on June 18, 2014, U.S. Pretrial Services Officer Darryl Walker wrote to Mr. Anderson and Mr. Heller and inquired as the possibility of removing Mr. McGee from Pretrial Services supervision.   Mr. Walker pointed out that Mr. McGee had been on Pretrial Services supervision since June 2009 after initially being released being released

-1-

from the Western District of Pennsylvania on a $150,000 appearance bond. Mr. McGee resided within the Western District of Pennsylvania at the time. Mr. McGee currently resides in the District of Arizona and that there have been no issues (violations) with Mr. McGee while under supervisions.  Mr. McGee does not possess a passport.

Based on the recommendation of PTSO Walker and the independent assessment of Mr. Anderson and Mr. Heller it is stipulated that Pretrial Services supervision be terminated as a condition of release and that Mr. McGee's $150,000 appearance bond remain in full force and effect.   It is further agreed that Mr. McGee's travel restricts be removed and that Mr. McGee is hereby permitted to freely travel within the contiguous United States.

                                  DONALD H. HELLER
                                  A Law Corporation

Dated:  July 23, 2014                */s/ Donald H. Heller*
                                  DONALD H. HELLER, ESQ.
                                  Attorney for Defendant

Dated:  July 23, 2014                */s/ Michael D. Anderson*
                                  MICHAEL D. ANDERSON, Esq.
                                  Assistant U.S. Attorney
                                  Attorney for the United States

**ORDER**

Based on the stipulation by and between Assistant U.S. Attorney Michael D. Anderson, Esq. and Donald H. Heller,, Esq., Good Cause Appearing, it is hereby ordered that Pretrial Services supervision be terminated as a condition of release and that Mr. McGee's $150,000

-2-

**STIPULATION TO TERMINATE PRETRIAL SERVICES SUPERVISION AND LIMIT TRAVEL TO THE
CONTIGUOUS UNITED STATES AND PROPOSED ORDER
CONTINUING STATUS HEARING REGARDING SENTENCING
CR. S-09-184-KJM**

appearance bond remain in full force and effect.   It is further Ordered that Mr. McGee's travel restrictions be removed and that Mr. McGee is hereby permitted to freely travel within the contiguous United States.

     IT IS SO ORDERED.

Dated:  July 24, 2014

                                                                           _____
                                                                           KENDALL J. NEWMAN
                                                                           UNITED STATES MAGISTRATE JUDGE

-3-

**STIPULATION TO TERMINATE PRETRIAL SERVICES SUPERVISION AND LIMIT TRAVEL TO THE CONTIGUOUS UNITED STATES AND PROPOSED ORDER CONTINUING STATUS HEARING REGARDING SENTENCING CR. S-09-184-KJM**